**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

IVY L. TEAGUE                                                                                               PLAINTIFF

v.                                              No. 5:07CV00176 JLH/JTR

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted, in their entirety, as the Court's findings in all respects.

IT IS THEREFORE ORDERED that this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment shall be entered accordingly.

DATED this 25th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE